UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: GlaxoSmithKline plc Securities Litigation ) ) ) ) | Civil Action No. 05 CIV. 3751 (LAP) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint, the exhibits annexed thereto, and all prior pleadings and proceedings heretofore had herein, defendants GlaxoSmithKline plc, SmithKlineBeecham Corporation and Jean-Pierre Garnier will move this Court, before the Honorable Loretta A. Preska, at the United States Courthouse, 500 Pearl Street, New York, 10007, at a date and time to be scheduled by the Court, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 dismissing this action with prejudice for failure to state a claim and failure to plead fraud with particularity and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
       November 2, 2005

DECHERT LLP

By: _____
Andrew J. Levander (AL 5987)
Michael L. Kichline *
Neil A. Steiner (NS 0702)
Scott A. Thompson*
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500
* to be admitted *pro hac vice*

*Attorneys for Defendants*

10251929.1