UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In Re GLAXO SMITHKLINE PLC          :   05 Civ. 7351 (LAP)
SECURITIES LITIGATION               :
                                    :   OPINION
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

Defendants' motion to dismiss the Consolidated Second Amended Complaint (dkt. no. 13) is granted. An opinion setting forth the reasons for dismissal will follow.

SO ORDERED

September 29, 2006

_____
Loretta A. Preska
U.S.D.J.