## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date:          3/26/08                           DC Docket Number: 05-cv-3751

Docket Number: 06-5140-cv                        DC:      SDNY (NEW YORK CITY)

Short Title:   In Re GlaxoSmithKline plc Securities v.   DC Judge: Honorable Loretta Preska

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for ____ Appellees GlaxoSmithKline plc and Jean Pierre Garnier

respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of
costs and requests the Clerk to prepare and itemized statement of costs taxed against the

   Appellant

and in favor of
   Appellees

for insertion in the mandate.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5-2-08__

Docketing Action

Costs of printing appendix (necessary copies _____ )     _____

Costs of printing brief (necessary copies ___20_____ )       $585.00

Costs of printing reply brief (necessary copies _____ )    _____

**(VERIFICATION HERE)**

FILED
APR 25 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT
UNITED STATES COURT OF APPEALS

Signature

2008 APR -9  PM 4:25
U.S. COURT OF APPEALS
CLERKS OFFICE
RECEIVED

### STATEMENT OF COSTS
Taxed in the amount of $ _585 00_ in favor of
_Appellees GlaxoSmithKline & Jean Pierce Garnier._
FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by _Joy Fallek_
Joy Fallek, Administrative Attorney

_4/25/08_
Date

**DOCKETED AS
A JUDGMENT** #08,0735
**ON**       5/5/08

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED:

APR 29 2008

04/04/2008  2:32 FAX  12124471821          COUNSEL  PRESS                      ☑002/002

1 of 1

**COUNSEL PRESS LLC**

New York, NY 10018-9998
**(800) 427-7325**

# INVOICE

Dechert LLP

30 Rockefeller Plaza, 23rd Fl
New York, NY  10112

ATTENTION:  Phillip M. Meyer, Esq.

CASE NAME:  Masters v. GlaxoSmithKline
COURT:      USCOA - 2ND

| | |
|---|---|
| INVOICE NO.: | 7047912 |
| INVOICE DATE: | 04/12/2007 |
| FED.TAX I.D.# | 43-2070509 |
| FILE NO. : | 207723 |
| TERMS : | Due Upon Receipt |

For Reproduction of :

Appellee's Brief - (24 copies, 73 pages)

| | | | | AMOUNT |
|---|---|---|---|---|
| | Preparation of Brief | | | $585.00 |
| 4.00 | Additional Copies Over 20 | @ | 16.100 | $64.40 |
| 2.00 | E-Service(s) | @ | 25.000 | $50.00 |
| | E-Filing | | | $35.00 |
| | 1 Filing & 2 Services | | | $110.00 |
| | Federal Express - Service(s) | | | $49.00 |

This Invoice is Due Upon Receipt. Please Show
Invoice Number on Check When Making Payment

RH

| | |
|---|---|
| SUB-TOTAL : $ | 893.40 |
| | 0.00 |
| | 0.00 |
| APPLICABLE SALES TAX: $ | 74.82 |
| **INVOICE TOTAL: $** | **968.22** |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ

| IN RE GLAXOSMITHKLINE plc SECURITIES LITIGATION | Docket No.: 06-5140-cv<br>District Court Docket No.: 05-cv-3751 (SDNY) |
| --- | --- |

## AFFIRMATION OF SERVICE

Neil A. Steiner, an attorney duly admitted to practice law in the courts of the State of

New York, affirms under the penalties of perjury that:

1.   I am over the age of eighteen, not a party to the above-captioned action and I

reside at 201 East 79th Street, Apt. 9E, New York, NY 10021.

2.   On April 9, 2008, I caused a true and correct copy of the Itemized and Verified Bill of

Costs in the above-captioned action to be served by email and first class mail, postage prepaid, upon:

List all parties who were served using

STULL, STULL & BRODY
Jules Brody
6 East 45th Street
New York, NY 10017

and

STULL, STULL & BRODY
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024

Dated: New York, New York
April 9, 2008

NEIL A. STEINER

13153419

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O`Hagan Wolfe
**CLERK OF COURT**

| | | | |
|---|---|---|---|
| Date: | 4/30/08 | DC Docket Number: | 06-cv-11347 |
| Docket Number: 07-3284-cv | | DC: | SDNY (NEW YORK CITY) |
| Short Title: | Esheva v. Siberia Airlines | DC Judge: Honorable Denise Cote | |

## ACKNOWLEDGMENT RECEIPT

To:    Appeals Clerk

Kindly endorse the acknowledgment receipt in the line below and return to the Court of Appeals for the Second Circuit.

**MANDATE ACKNOWLEDGMENT** = Transfer of Jurisdiction
The mandate consists of the items indicated below:
☐    Clerk Order dated <mm/dd/yy>
☐    Court Order dated <mm/dd/yy>
☐       Default Order <mm/dd/yy>
☐       So-Ordered Stipulation 4/25/08
☐       Summary Order dated <mm/dd/yy>
☐       Opinion and Judgment dated <mm/dd/yy>
☐       Statement of Costs dated <mm/dd/yy>

**CERTIFIED ACKNOWLEDGMENT** = For Informational Purposes
☐    Clerk Order dated <mm/dd/yy>
☐    Court Order dated <mm/dd/yy>
☐    So-Ordered Stipulation <mm/dd/yy>

Received by: _____
                    (Origination Court or Agency)
Date:        _____